ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Contractor Services Group, Inc. | ) ASBCA No. 61721 |
| | ) |
| Under Contract No. W91238-15-C-0003 | ) |

APPEARANCES FOR THE APPELLANT:    Douglas L. Tabeling, Esq.
Parker Lewton, Esq.
Smith, Currie & Hancock LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Robert W. Scharf, Esq.
Williams B. Davis, Esq.
Philip H. Lee, Esq.
Alfred L. Faustino, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Sacramento

ORDER OF DISMISSAL

On June 30, 2021 appellant filed a Notice of Voluntary Dismissal of ASBCA No. 61721. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: July 7, 2021

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61721, Appeal of Contractor Services Group, Inc., rendered in conformance with the Board's Charter.

Dated: July 7, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals